Regan, Jr., Appellant, v. O'Toole et al.

Argued November 29, 1943. Before MAXEY, C. J., DREW, LINN, STERN, PATTERSON and STEARNE, JJ.

369

*Gilbert E. Morcroft,* for appellant.

*Charles B. Prichard,* of *Prichard, Lawler, Malone & Geltz,* for appellees.

PER CURIAM, January 3, 1944:
The judgment is affirmed on the opinion of Judge THOMPSON of the Court below.